In the Matter of the Application of HARRY KAVESH (Socialist Party Regular Organization), Respondent, in re Primary Election to Be Held April 2, 1936, etc. SOCIALIST PARTY " OPPOSITION GROUP " and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellants.

First Department, March 25, 1936.

*James Lipsig*, for the appellant Socialist Party " Opposition Group."

*Seymour B. Quel* of counsel [*Paxton Blair* and *Russell Lord Tarbox* with him on the brief; *Paul Windels, Corporation Counsel*], for the appellant Board of Elections of the City of New- York.

*Matthew M. Levy* of counsel [*David Halper, Samuel Bobrowsky* and *Sidney Markowitz* with him on the brief], for the petitioner-respondent.

PER CURIAM. The failure to comply with section 142 of the Election Law by petitioner-respondent in filing objections and proper specifications to the designating petitions, in so far as such objections appear on the face of the petition, precludes a review

because of such failure of compliance. The record does not contain any proof upon which the court in the exercise of its summary jurisdiction might find the designating petitions defective.

On the state of the record, the order should be reversed in so far as appealed from and the petition denied.

Present — MARTIN, P. J., McAVOY, UNTERMYER, DORE and COHN, JJ.

Order so far as appealed from unanimously reversed and petition denied.